Ashleigh A. Danker (Bar Number 138419)
Email address: adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Creditor
Montecito Bank & Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re  )<br>  )<br>CENTER COURT PARTNERS, LLC,  )<br>Debtor and Debtor-in-Possession  )<br>  )<br>  )<br>  )<br>  )<br>  ) | Case No. 1:11-bk-13715-MT<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE BY MONTECITO BANK & TRUST** |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES**

**BANKRUPTCY JUDGE, THE DEBTOR, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that creditor Montecito Bank & Trust hereby requests,

pursuant to Bankruptcy Rules 2002 and 9007, that special notice of all matters which may come

before the Court concerning the above-captioned Debtor be given to it as follows:

Ashleigh A. Danker, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel.: (310) 788-1000
Fax.: (310) 788-1200
Email: adanker@kayescholer.com

Robert L. Skinner, General Counsel
Montecito Bank & Trust
1010 State Street, 3rd Floor
Santa Barbara, California 93101
Tel: (805) 564-0299
Fax: (805) 963-8039
Email: rskinner@montecito.com

23303879.DOCX                REQUEST FOR SPECIAL NOTICE

This request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002, 4001, 6004, 6006, 6007, and 9007 and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this case, whether formal or informal whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver of the:

1. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to a trial by jury in any proceeding as to any and all matters so triable herein, whether the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matter as a "core proceeding" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Creditor is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: April 8, 2011

KAYE SCHOLER LLP

By: /s/ Ashleigh Danker
    Ashleigh A. Danker
Attorneys for Montecito Bank & Trust

| In re: CENTER COURT PARTNERS, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-13715-MT |

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as ***Request For Special Notice By Montecito Bank & Trust*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☒ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 8, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☐ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April ___, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

☐ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2011 | Ashleigh A. Danker | /s/ Ashleigh A. Danker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

KAYE SCHOLER LLP

**In re Center Court Partners, LLC**
U.S.B.C., Central District of California, San Fernando Valley Division
**Case No. 1:11-bk-13715-MT**

**I. SERVED ELECTRONICALLY VIA NEF:**

- Katherine Bunker    kate.bunker@usdoj.gov
- Melissa J Fassett    mjf@ppplaw.com
- Martin D Gross    martin@lawgross.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

3

23303879.DOCX         REQUEST FOR SPECIAL NOTICE