Ashleigh A. Danker (Bar Number 138419)
Email address: adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Creditor
Montecito Bank & Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>CENTER COURT PARTNERS, LLC,<br>Debtor and Debtor-in-Possession | Case No. 1:11-bk-13715-MT<br><br>Chapter 11<br><br>**NOTICE OF CLAIM TO RENTS** |

**TO ALL INTERESTED PARTIES:**

Secured creditor Montecito Bank & Trust ("MBT") hereby gives notice to debtor in possession Center Court Partners, LLC (the "Debtor") that MBT has a perfected absolute assignment of the accounts, cash, rents, issues and profits ("Rents") from the real property commonly known as Center Court Plaza located at 29501 Canwood Street, Agoura Hills, California 91301 (the "Property"). Absent the prior written consent of MBT and an Order of this Court, the Rents may not be used for any purpose by the Debtor or by any party holding the Rents in trust for the Debtor.

Dated: April 14, 2011

KAYE SCHOLER LLP

By: /s/ Ashleigh Danker
Ashleigh A. Danker
Attorneys for Montecito Bank & Trust

23304257.DOCX

| In re: CENTER COURT PARTNERS, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-13715-MT |

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as *Notice Of Claim To Rents* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☒ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☒ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☐ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 14, 2011    Shahnaz Virani    /s/ Shahnaz Virani
_____
Date        Type Name        Signature

1

23304257.DOCX

**In re Center Court Partners, LLC**
**U.S.B.C., Central District of California, San Fernando Valley Division**
**Case No. 1:11-bk-13715-MT**

I. SERVED ELECTRONICALLY VIA NEF:

- Katherine Bunker    kate.bunker@usdoj.gov
- Melissa J Fassett    mjf@ppplaw.com
- Martin D Gross    martin@lawgross.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

I. SERVED VIA REGULAR U.S. MAIL:

<u>Honorable Maureen A. Tighe</u>
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

KAYE SCHOLER LLP

23304257.DOCX

2