**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
21051 Warner Center Lane, Suite 115
Woodland Hills, California 91367
Telephone: (818) 716-8800
Facsimile: (818) 716-1576
E-mail: jennifer.l.braun@usodj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:11-bk-13715-MT |
| CENTER COURT PARTNERS, LLC, | Chapter 11 |
| Debtor. | NOTICE OF WITHDRAWAL AND WITHDRAWAL OF UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. §1112(b) TO CONVERT OR DISMISS CASE |
| | Date: May 26, 2011
Time: 9:30 a.m.
Place: Courtroom 302 |

NOTICE IS HEREBY GIVEN that, due to the debtor's filing of documents and provision of information to meet the requirements of the Office of the United States Trustee and Local Bankruptcy Rule 2015-2, the United States Trustee's Motion to Convert or Dismiss this case pursuant to 11 U.S.C. §1112(b) is withdrawn.

Dated: May 16, 2011      OFFICE OF THE UNITED STATES TRUSTEE

      By: /s/ *Jennifer L. Braun*
         Jennifer L. Braun
         Assistant U.S. Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

The foregoing document described as **NOTICE OF WITHDRAWAL AND WITHDRAWAL OF UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. §1112(b) TO CONVERT OR DISMISS CASE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I**.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 16, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

            X    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 16, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

            X    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 16, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**U.S. Bankruptcy Court—San Fernando Valley Division**
**The Honorable Maureen Tighe**
**21041 Burbank Boulevard**
**Woodland Hills, California 91367**

            ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 16, 2011 | Gabriel A. Rodriguez | /s/ Gabriel A. Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Legal Clerk* |

**TO BE SERVED BY ELECTRONIC FILING**

| | |
|---|---|
| Jennifer.L.Braun | jennifer.l.braun@usodj.gov |
| Katherine Bunker | kate.bunker@usdoj.gov |
| Ashleigh A Danker | adanker@kayescholer.com |
| Melissa J Fassett | mjf@ppplaw.com |
| Martin D Gross | martin@lawgross.com |

**SERVED BY U.S. MAIL**

Center Court Partners LLC

29134 Roadside Dr Ste 103

Agoura Hills, CA 91301

Martin D Gross

2001 Wilshire Blvd Ste 205

Santa Monica, CA 90403