Martin D. Gross, SBN 147426
LAW OFFICES OF MARTIN D. GROSS
2001 Wilshire Blvd. Suite 205
Santa Monica, CA 90403    p. (310)453-8320
Email: martin@lawgross.com

Attorney for: CENTER COURT PARTNERS, LLC

FILED & ENTERED

JUL 15 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY remy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:                              )    Chapter 11
                                    )    Case Number: 1:11-bk-13715-MT
CENTER COURT PARTNERS, LLC.         )
                                    )
                                    )
                                    )    ORDER ON DEBTOR'S MOTION TO
                                    )    USE CASH COLLATERAL
        Debtor.                     )
                                    )
_____     )

The Court having considered Debtor's Motion to Use Cash Collateral and that notice of the Motion and of the Hearing on the Motion was proper, and good cause appearing,

IT IS HEREBY ORDERED that debtor may use cash collateral solely to pay the following postpetition obligations in the amounts and for the time periods noted:

///

///

///

Centercourt Cash Collateral Order    ORDER

|  | July 1-31, 2011 | Aug. 1-31, 2011 | Sept. 1-16, 2011 | Total: July 1 - Sept. 16, 2011 |
|---|---|---|---|---|
| American Janitorial Services | $150.00 | $150.00 | $150.00 | $450.00 |
| Waste Management | $226.00 | $226.00 | $226.00 | $678.00 |
| So Cal Edison - regular payment | $950.00 | $950.00 | $950.00 | $2,850.00 |
| So Cal Edison - deposit | $657.50 | $657.50 | $657.50 | $1,972.50 |
| Las Virgenes Water District | $700.00 | $700.00 | $700.00 | $2,100.00 |
| So. Cal Gas Company | $300.00 | $300.00 | $300.00 | $900.00 |
| Total | $2,983.50 | $2,983.59 | $2,983.50 | $8,950.50 |

Use of cash collateral under this order expires on September 16, 2011 unless otherwise extended by the Court.

(counsel signatures on next page)

###

*[signature: Maureen A. Tighe]*

DATED: July 15, 2011

United States Bankruptcy Judge

Centercourt Cash Collateral Order    ORDER

1
2  Approved as to form:
3
4
5  DATED: 7-7_____, 2011          LAW OFFICES OF MARTIN D. GROSS
6
7                                  By: _____/s/ Martin D. Gross_____
8                                  Martin D. Gross
                                    Attorney for Center Point Partners, LLC
9
10
11 DATED: July 7_____, 2011       KAYE SCHOLER, LLP
12
13
14                                 By: _____/s/ Ashleigh Danker_____
15                                 Ashleigh Danker,
16                                 Attorney for Montecito Bank & Trust
17
18
19
20
21
22
23
24
25
26
27  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
    August 2010                    F 9021-1.1.NOTICE.ENTERED.ORDER
28

| In re: Center Court Partners, LLC,<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:11-bk-13715-MT |
|---|---|

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2001 Wilshire Blvd. Suite 205
Santa Monica, CA 90403

The foregoing document described ***Order On Debtor's Motion for Use of Cash Collateral*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☐ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On July 7 _____, **2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☒ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ , **2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2011 | Martin D. Gross | /s/ Martin D. Gross |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Centercourt Cash Collateral Order    ORDER

**SERVICE LIST**
**In re Center Court Partners, LLC**
**USBC, CDCA Case No. 1:11-bk-13715-MT**

**I. SERVED ELECTRONICALLY VIA NEF:**

**II. SERVED VIA OVERNIGHT MAIL:**

**Office of the United States Trustee**
United States Trustee's Office
Attn: Katharine C. Bunker, Esq.
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Honorable Maureen A. Tighe**
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

**III. SERVED VIA EMAIL:**

N/A

Centercourt Cash Collateral Order    ORDER

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order On Debtor's Motion for Use of Cash Collateral** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____ **2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jennifer L. Braun, Jennifer.l.braun@usdoj.gov
Katherine A. Bunker, kate.bunker@usdoj.gov
Ashleigh A Danker, adanker@kayescholer.com
Melissa J Fawcett, mjf@ppplaw.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hon. Maureen Tighe
United States Bankruptcy Court
Central District
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Centercourt Cash Collateral Order    ORDER

**SERVICE LIST FOR ENTERED ORDER**

**I. SERVED ELECTRONICALLY VIA NEF:**

| | |
|---|---|
| Katherine A. Bunker, | kate.bunker@usdoj.gov |
| Ashleigh A Danker, | adanker@kayescholer.com |
| Melissa J Fawcett, | mjf@ppplaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

Centercourt Cash Collateral Order    ORDER