```
Ashleigh A. Danker (State Bar No. 138419)
Email: adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Secured Creditor
Montecito Bank & Trust
```

**FILED & ENTERED**

**JUL 18 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY williams  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY

| | |
|---|---|
| In re | Case No. 1:11-bk-13715-MT |
| CENTER COURT PARTNERS, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession | **ORDER GRANTING ADEQUATE PROTECTION TO MONTECITO BANK & TRUST** |
| | Date:    June 28, 2011<br>Time:    9:00 a.m.<br>Place:   Courtroom 302<br>         United States Bankruptcy Court<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

Having determined that the Debtor is a single-asset real estate entity within the meaning of 11 U.S.C. § 101(51B) which filed the above-captioned bankruptcy case on March 25, 2011; having granted the Debtor limited use of cash collateral of Montecito Bank & Trust (the "Bank"); and other good cause appearing,

///

///

///

Order#51714#c542ff27-0a59-452d-a842-e1b7441b12b2.doc           ORDER

**IT IS HEREBY ORDERED that:**

1. The Debtor shall make monthly interest payments in advance (the "Monthly Payments") to the Bank in the form of checks drawn on the Debtor's debtor-in-possession bank account (the "DIP Account") in an amount equal to $1,468.75 per day ($44,062.50 per month for a 30-day month and $45,531.25 for a 31-day month) delivered to the Bank on or before July 1, 2011, and no later than the first day of each month thereafter. The Debtor shall not use the Bank's cash collateral to fund the Monthly Payments or any portion thereof and shall continue to segregate the Bank's cash collateral from the Debtor's unencumbered cash. If the DIP Account lacks sufficient unencumbered funds to pay a particular Monthly Payment, the Debtor's principal, Roger Meyer, may contribute funds to the DIP Account as needed to enable the Debtor to pay the Monthly Payment from the DIP Account. All contributions by Mr. Meyer to the DIP Account shall constitute equity contributions to the Debtor. The Monthly Payment(s) shall be delivered to the Bank at the following address:

**Montecito Bank & Trust**
**c/o: Jason Dittman, Loan Services**
**6950 Hollister Avenue, Suite 102**
**Goleta, CA 93117**

2. If the Debtor fails to timely pay a Monthly Payment, a payment default shall occur ("Payment Default") under this Order. Upon a Payment Default, the Bank may notify the Debtor and, as a courtesy, its bankruptcy counsel in writing of such default by facsimile, overnight mail, or email as follows:

| **Debtor:** | **Debtor's Bankruptcy Counsel:** |
|---|---|
| Centercourt Partners, LLC<br>Attn: Roger Meyer<br>11 North Via Los Altos<br>Newbury Park, CA 91320<br>Fax: 818-991-9423 | Martin D. Gross, Esq.<br>Law Offices of Martin D. Gross<br>2001 Wilshire Blvd., Ste. 205<br>Santa Monica, CA 90403<br>Fax: (310) 861-1359<br>Email: martin@lawgross.com |

3. If the Debtor fails to cure a Payment Default within ten (10) days after receipt of such notice, the Bank may file and serve a declaration under penalty of perjury specifying the

KAYE SCHOLER llp

Payment Default, together with a proposed order terminating the automatic stay with respect to the real property which is the Bank's collateral, which order the Court shall grant without further notice or hearing.

(counsel signatures on next page)

###

*[signature: Maureen A. Tighe]*

DATED: July 18, 2011

_____
United States Bankruptcy Judge

APPROVED AS TO FORM AND CONTENT:

Dated: ___7-7___, 2011    Law Offices of Martin D. Gross

By: _____/s/ Martin D. Gross_____
Martin D. Gross
Attorney for Debtor Center Court Partners, LLC

Dated: ___July 7___, 2011    Kaye Scholer LLP

By: _____/s/ Ashleigh A. Danker_____
Ashleigh A. Danker
Attorneys for Montecito Bank & Trust

APPROVED AS TO FORM AND CONTENT:

Dated: _____, 2011        Law Offices of Martin D. Gross


                                          By:_____[page attached as exhibit hereto]___
                                               Martin D. Gross
                                          Attorney for Debtor Center Court Partners, LLC


Dated: _____, 2011        Kaye Scholer LLP


                                          By:_____[page attached as exhibit hereto]___
                                               Ashleigh A. Danker
                                          Attorneys for Montecito Bank & Trust

4

| In re: Center Court Partners, LLC,<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:11-bk-13715-MT |
|---|---|

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as ***Order Granting Adequate Protection To Montecito Bank & Trust*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☐ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, **2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 7 , 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☒ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ **, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7 , 2011 | Shahnaz Virani | /s/ Shahnaz Virani |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

KAYE SCHOLER llp

5

Order#51714#c542ff27-0a59-452d-a842-e1b7441b12b2.doc     ORDER

**SERVICE LIST**
**In re Center Court Partners, LLC**
**USBC, CDCA Case No. 1:11-bk-13715-MT**

**I. SERVED ELECTRONICALLY VIA NEF:**

**II. SERVED VIA OVERNIGHT MAIL:**

**Office of the United States Trustee**
United States Trustee's Office
Attn: Katharine C. Bunker, Esq.
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Honorable Maureen A. Tighe**
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

**III. SERVED VIA EMAIL:**

N/A

| In re: **Center Court Partners, LLC** <br><br> Debtor(s). | CHAPTER  11 <br> CASE NUMBER  **1:11-bk-13715-MT** |
|---|---|

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: ***Order Granting Adequate Protection To Montecito Bank & Trust***   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒   I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **July 7, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary p**roceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☐   II. SERVED BY THE COURT VIA U.S. MAIL:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

☐   III. TO BE SERVED BY THE LODGING PARTY:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

indicate address, fax number or email address

☐ Service information continued on attached page

7

Order#51714#c542ff27-0a59-452d-a842-e1b7441b12b2.doc         ORDER

**SERVICE LIST FOR ENTERED ORDER**

**I. SERVED ELECTRONICALLY VIA NEF:**

- Katherine Bunker        kate.bunker@usdoj.gov
- Melissa J Fassett       mjf@ppplaw.com
- Martin D Gross          martin@lawgross.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov