Ashleigh A. Danker (State Bar No. 138419)
Email: adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Secured Creditor
Montecito Bank & Trust

FILED & ENTERED

SEP 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY

| | |
|---|---|
| In re<br><br>CENTER COURT PARTNERS, LLC,<br><br>Debtor and Debtor-in-Possession | Case No. 1:11-bk-13715-MT<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**<br><br>Date:    September 15, 2011<br>Time:    1:00 p.m.<br>Place:   Courtroom 302<br>              United States Bankruptcy Court<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA 91367 |

60352694

ORDER

The *Notice of Motion and Motion By Montecito Bank & Trust to Dismiss Bankruptcy Case; Memorandum of Points and Authorities; Declarations of Michael E. Jarrells and Ashleigh A. Danker* (Docket No. 65, the "Motion"), and the *Notice of Motion By Montecito Bank & Trust to Dismiss Bankruptcy Case* (Docket No. 66) came on for hearing before the Honorable Maureen A. Tighe, United States Bankruptcy Judge, on September 15, 2011 at 1:00 p.m. in Courtroom 302. Ashleigh A. Danker of Kaye Scholer LLP appeared on behalf of secured creditor Montecito Bank & Trust (the "Bank"). Other appearances, if any, are as noted in the record of the hearing. Having considered the Motion, having determined that notice of the Motion was adequate and proper under the circumstances, having determined that there was no opposition timely filed to the Motion, having determined that debtor in possession Center Court Partners, LLC (the "Debtor") failed to file an amended plan of reorganization on or before August 18, 2011 as previously ordered by the Court, having determined that the Debtor failed to file one or more proposed financing motions in support of an amended plan of reorganization on or before August 24, 2011 as previously ordered by the Court, having determined that the Debtor has no reasonable likelihood of confirming a plan of reorganization within a reasonable period of time, having determined that the Debtor is a single asset real estate entity, having determined that the Debtor's bankruptcy case appears to have been filed in bad faith for the benefit of the Debtor's principal and guarantor, Roger Meyer, and having found other good cause appearing as stated on the record at the hearing and in the Court's tentative ruling,

**IT IS HEREBY ORDERED that:**

1. The Debtor's bankruptcy case is dismissed effective immediately.

2. The Debtor is barred from re-filing another bankruptcy case for a period of 180 days from the date of entry of this Order.

3. The adversary proceeding commonly referred to as the Van Nuys Action, Adv. Proc. No. 1:11-ap-1384-MT), shall be remanded back to the originating Superior Court in Van Nuys, California upon entry of an appropriate Order prepared by counsel for the Bank.

4. The Debtor is directed to immediately turn over to the Bank all cash collateral of the Bank in the Debtor's bank accounts.

5. The Debtor is directed to immediately turn over to the Bank copies of all of its books and records related to its ownership, development, operation, marketing, sales, and leasing of the Property (defined in the Motion).

6. The United States Trustee is granted judgment in the amount of $650 with applicable interest for quarterly fees.

7. Notwithstanding the dismissal of the bankruptcy case, the Court reserves jurisdiction for purposes of enforcing the terms of this Order and matters related thereto.

***

DATED: September 16, 2011

_____
United States Bankruptcy Judge

| In re: Center Court Partners, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-13715-MT |

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as ***Order Granting Motion To Dismiss Bankruptcy Case*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☐ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **September 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☒ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on **September 15, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2011 | Ashleigh A. Danker | /s/ Ashleigh A. Danker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

60352694

4

ORDER

**SERVICE LIST**
**In re Center Court Partners, LLC**
**USBC, CDCA Case No. 1:11-bk-13715-MT**

**I. SERVED ELECTRONICALLY VIA NEF:**

**II. SERVED VIA HAND DELIVERY:**

**Honorable Maureen A. Tighe**
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

**III. SERVED VIA EMAIL:**

- Katherine Bunker    kate.bunker@usdoj.gov    - U.S. Trustee's Office
- Martin D Gross    martin@lawgross.com - Debtor's Counsel

60352694

5

ORDER

| In re: **Center Court Partners, LLC** Debtor(s). | CHAPTER 11<br>CASE NUMBER **1:11-bk-13715-MT** |
|---|---|

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled: ***Order Granting Motion To Dismiss Bankruptcy Case*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒ I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 15, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary p**roceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☐ II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

☐ III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

indicate address, fax number or email address

☐ Service information continued on attached page

60352694

6

ORDER

**SERVICE LIST FOR ENTERED ORDER**

**I. SERVED ELECTRONICALLY VIA NEF:**

- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Katherine Bunker    kate.bunker@usdoj.gov
- Ashleigh A Danker    adanker@kayescholer.com
- Melissa J Fassett    mjf@ppplaw.com
- Martin D Gross    martin@lawgross.com
- Rocky V Ortega    rockyoca@gmail.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov